JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| NICOLE BURRELL,<br><br>Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>Defendant. | No. 2:21-cv-08292-SB-E<br><br>**JUDGMENT OF REMAND** |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence 4 of 42 U.S.C. § 405(g) and to Entry of Judgment (Stipulation of Remand) lodged concurrent with the lodging of the within Judgment of Remand:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation of Remand.

DATED: July 5, 2022

_____
HON. STANLEY BLUMENFELD JR.
UNITED STATES DISTRICT JUDGE